**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Ernesto Simpson                                    CASE NO.: 25–11742–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 7
xxx–xx–4690

---

## Notice to all creditors and interested parties

Notice of Hearing Re: Motion to Dismiss (related document(s)[14]) with hearing to be held on 12/16/2025 at 11:00 AM at Videoconference (ZoomGov)

Dated: December 8, 2025                                   Vito Genna
                                                          Clerk of the Court