IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: ERNESTO SIMPSON                  Chapter 7

    *Debtor*                              Case No. 25-11742

_____

## CERTIFICATE OF NO OBJECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ernesto Simpson files this Certificate of No Objection ("CNO") to the pending Amended Motion for Voluntary Dismiss of this Chapter 7 bankruptcy as no party as opposed. A Certificate of No Objection ("CNO") allows the court to handle unopposed motions more efficiently. If a proper CNO is filed, the court may grant the relief requested in the motion and enter an order without the need for a formal hearing, which then cancels any previously scheduled hearing date. Debtor moves the court to treatsad motion as CNO.

                                   Respectfully submitted.

                                   /s/ *Ernesto Simpson*
                                        Ernesto Simpson
                                        8202 Terra Valley Lane
                                        Tomball Tx.77375
                                        Ernestosimpson122@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2025 of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, to all parties of record.

                                        /s/ *Ernesto Simpson*