IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| ERNESTO, SIMPSON | Chapter 7 |
|---|---|
| *Appellant* | Case No. 25-11742 |

### APPELLANTS DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of Bankruptcy Practice and Procedure Ernesto Simpson (the "Appellants") pro, se respectfully submits the following designation items to be included in the record on appeal:

| Docket No. | Date | Title Pleadings |
|---|---|---|
| Doc. 1 | | VOLUNARY BANKRUPCTY PETITION |
| Doc. 14 | 9/24/2025 | MOTION TO DISMISS CHAPTER 7 CASE and all Exhibits |
| Doc. 25 | 1/7/2026 | ORDER OF DSMISSAL (MAIN DOCUMENT AND ORDER) |
| Doc. | 1/9/2026 | ORDER OF CASE CLOSED |
| Doc. | 1/10/2026 | CERTIFICATE OF MAILING ORDER OF DISMISS |
| Doc. 26 | 1/28/2026 | NOTICE OF APPEAL |
| | | Amended Matrix |
| | | Docket Sheet |

### STATEMENT OF ISSUES

Whether black are protected by the bankruptcy automatic stay upon filing a petition? As whites ?

Whether the Bankruptcy Court orders in the Texas Bankruptcy Court void due to being entered violation of the New York Bankruptcy Court Automatic Stay?

Whether the Bankruptcy Court non-party of interest can appear in a debtor's bankruptcy


forced a party to dismiss their case with prejudice under the duress of being confined?

### ORDERING OF TRANSCRIPT

The Appellant is without funds to order the hearing transcript at this time and have no knowledge as to whether a hearing was held.

Respectfully submitted

*/s/ Ernesto Simpson*

Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375

## CERTIFICATE OF SERVICE

I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of on February 9,2026.

*/s/ Ernesto Simpson*