USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ERNESTO SIMPSON

26-CV-01084 (MMG)

**ORDER GRANTING IFP
APPLICATION**

MARGARET M. GARNETT, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

Dated: February 26, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge