## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Ernesto Simpson                                    CASE NO.: 25–11742–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  7
xxx–xx–4690

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on January 27, 2026, document number 28, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 26–cv–1084 assigned to the Honorable Margaret M. Garnett.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: March 24, 2026                                    Vito Genna
                                                         Clerk of the Court